UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
DAMON WILLIAMS,                     :
                                    :
       Petitioner,                  : Civ. No. 16-3195 (NLH)
                                    :
  v.                                : ORDER
                                    :
STATE OF NEW JERSEY,                :
                                    :
       Respondent.                  :
_____ :

    For the reasons set forth in the Court's opinion,

    IT IS on this __7th__ day of _October_, 2021,

    ORDERED that the motion for relief under Federal Rule of Civil Procedure 60(b)(6), ECF No. 7, shall be, and hereby is, denied; and it is further

    ORDERED that a certificate of appealability shall not issue, 28 U.S.C. § 2253(c)(1)-(2); and it is finally

    ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail.


                                                               s/ Noel L. Hillman
At Camden, New Jersey                   NOEL L. HILLMAN, U.S.D.J.